IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. SUNNERGREN, ) | No. C 10-2690 LHK (PR) |
| Plaintiff, ) | ORDER GRANTING LEAVE TO DEPOSE PLAINTIFF |
| v. ) | |
| SHERIFF GREGORY AHERN and DEPUTY GEORGE ARNOLD, ) | |
| Defendants. ) | |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against Defendants Sheriff Gregory Ahern and Deputy George Arnold. On October 27, 2010, the Court directed the Defendants to file a motion for summary judgment or other dispositive motion, or a notice that they are of the opinion this case cannot be resolved by such a motion, by January 25, 2011. On November 2, 2010, Defendants filed a letter to the Court requesting leave to depose the Plaintiff, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B). Rule 30(a)(2)(B) provides that, in order to take an oral deposition, a "party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(2) . . . if the deponent is confined in prison."

Under Rule 30(a)(2), Defendants have a right to depose Plaintiff in order to prepare a thorough defense to Plaintiff's claims. Good cause appearing, Defendants' request for leave to

Order Granting Leave to Depose Plaintiff
P:\PRO-SE\SJ.LHK\CR.10\Sunnergren690dep.wpd

depose Plaintiff is GRANTED. Plaintiff's deposition may be taken upon reasonable notice as provided by Rule 30(b). The San Quentin State Prison shall allow for the deposition of Plaintiff at a date and time that is mutually convenient for Defendants and the prison. The prison shall provide appropriate security personnel and a reasonable space for the deposition, allowing for the presence of Defendants' counsel, a representative of Defendants, if they choose to have one present, a stenographer or court reporter, Plaintiff, and security personnel.

IT IS SO ORDERED.

DATED: 11/10/2010

_____
LUCY H. KOH
United States District Judge