IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. SUNNERGREN,<br><br>  Plaintiff,<br><br>vs.<br><br>GREGORY AHERN and GEORGE ARNOLD,<br><br>  Defendants. | No. C 10-2690 LHK (PR)<br><br>ORDER REFERRING CASE TO PRO SE PRISONER SETTLEMENT PROGRAM |

Plaintiff Mark E. Sunnergren, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against employees of the Alameda County Sheriff's Department, where he was formerly housed. The Court ordered Plaintiff's complaint served on named Defendants. On January 24, 2011, Defendants filed a letter notifying the Court that they did not intend to file a motion for summary judgment in this action.

Prior to setting this matter for trial, the Court finds good cause to refer this matter to Magistrate Judge Nandor Vadas pursuant to the Pro Se Prisoner Settlement Program for settlement proceedings on Plaintiff's cognizable claims of excessive force and deliberate indifference. The proceedings will consist of one or more conferences as determined by Magistrate Judge Vadas. The conferences shall be conducted with Defendants, or the representative for Defendants, attending by videoconferencing if they so choose.

Order Referring Case to Pro Se Prisoner Settlement Program
P:\PRO-SE\SJ.LHK\CR.10\Sunnergren690vadas.wpd

1  The instant case is REFERRED to Magistrate Judge Vadas pursuant to the Pro Se
2 Prisoner Settlement Program for settlement proceedings on the cognizable claims in this action,
3 as described above.  The proceedings shall take place within **one hundred twenty (120) days** of
4 the filing date of this order, or as soon as practicable.  Magistrate Judge Vadas shall coordinate a
5 time and date for a settlement conference with all interested parties or their representatives and,
6 within **ten (10) days** after the conclusion of the settlement proceedings, file with the Court a
7 report regarding the prisoner settlement proceedings.  If these settlement proceedings do not
8 resolve this matter, Plaintiff can file a renewed motion for appointment of counsel, and the Court
9 will then set this matter for trial.
10  The Clerk of the Court shall mail a copy of the court file, including a copy of
11 this Order, to Magistrate Judge Vadas in Eureka, California.  The instant case is STAYED
12 pending the settlement conference proceedings.
13  IT IS SO ORDERED.
14 DATED:  _2/17/11_____           _____*Lucy H. Koh*_____
                                             LUCY H. KOH
15                                             United States District Judge