UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK E. SUNNERGREN,

       Plaintiff,                                    No. 10-2690 LHK (NJV)

  v.                                             WRIT OF HABEAS CORPUS
                                                     AD TESTIFICANDUM

GREGORY AHERN, et al.,

       Defendants.
_____/

It is hereby ordered that the Clerk of Court issue a Writ of Habeas Corpus Ad Testificandum for the person of MARK E. SUNNERGREN whose place of custody and jailor are set forth in the Writ, attached hereto, as the presence of the said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: August 1, 2011

                                                     _____
                                                     NANDOR J. VADAS
                                                     United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, Salinas Valley State Prison

GREETING

WE COMMAND that you have and produce the body of MARK E. SUNNERGREN (Inmate No. G-53094) in your custody in the hereinabove-mentioned Institution, at Solano State Prison on August 24, 2011, at 1 p.m., in order that said prisoner may then and there  participate in the SETTLEMENT CONFERENCE in the matter of SUNNERGREN V. AHERN, et al., and at the

writ ad test

1 termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by
2 such order of the above-entitled Court as shall thereafter be
3 made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary
4 until the termination of the proceedings for which his testimony is required in this Court;
5     Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6 for the Northern District of California.

Dated: August 1, 2011

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By:    /s/   Linn Van Meter
      DEPUTY CLERK

Dated: August 1, 2011

NANDOR J. VADAS
United States Magistrate Judge

writ ad test

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | EUREKA DIVISION |

| | |
|---|---|
| MARK E. SUNNERGREN, | No. C 10-02690 LHK (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| GREGORY AHERN, et al., | |
| Defendants. | |
| _____/ | |

I, the undersigned, hereby certify that on August 1, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Mark E. Sunnergren
G-53094
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

/s/ *Linn Van Meter*
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

writ ad test