IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. SUNNERGREN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GREGORY AHERN and GEORGE ARNOLD,<br><br>　　　　Defendants. | No. C 10-2690 LHK (PR)<br><br>ORDER DISMISSING ACTION |

　　　This case was referred to Magistrate Judge Vadas for Court-ordered settlement proceedings. On August 24, 2011, the parties appeared before Magistrate Judge Vadas for a settlement conference. The Court has been notified that the case has been completely settled. Accordingly, this action and all claims asserted herein are DISMISSED with prejudice. The Clerk of the Court shall terminate any pending motions and close the file.

　　　IT IS SO ORDERED.

DATED: _9/21/11_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

Order Dismissing Action
P:\PRO-SE\SJ.LHK\CR.10\Sunnergren690settled.wpd